**William Burrell SMITH,**
**Plaintiff–Appellant,**

v.

**UNITED STATES PAROLE**
**COMMISSION, Defendant–**
**Appellee.**

No. 02–6649.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Oct. 17, 2002.

Richard E. Gardiner, Fairfax, Virginia, for Appellant. Thomas M. DiBiagio, United States Attorney, Jamie M. Bennett, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William Burrell Smith appeals the district court's order granting the Parole Commission's motion to dismiss his compliant in which he sought an order compelling certification that his 1954 criminal conviction had been set aside or an order of expungement. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Smith v. United States Parole Commission,* No. CA–01–2829–AMD (D.Md. Mar. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*